# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1345**
**CA 11-00532**
PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, GREEN, AND MARTOCHE, JJ.

---

VERIZON NEW YORK INC., PLAINTIFF-RESPONDENT,

V                                                                    ORDER

ECSM UTILITY CONTRACTORS, INC.,
DEFENDANT-APPELLANT.
(APPEAL NO. 1.)

---

DOBSHINSKY & PRIYA, LLC, NEW YORK CITY (NEAL S. DOBSHINSKY OF COUNSEL), FOR DEFENDANT-APPELLANT.

SOLOMON AND SOLOMON, P.C., ALBANY (TODD M. SARDELLA OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

---------------------------------------------------------------------------------------------------

Appeal from an amended order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered December 2, 2010. The amended order denied the cross motion of defendant for summary judgment dismissing the complaint, granted in part the motion of plaintiff for summary judgment and awarded plaintiff $210,896.51.

It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567; *see also* CPLR 5501 [a] [1]).

Entered:  December 23, 2011                      Frances E. Cafarell
                                                 Clerk of the Court